IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-00461-WJM-NYW

RESIDENCES AT OLDE TOWN SQUARE ASSOCIATION,

Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Residence at Olde Town Square Association and Defendant Travelers Property Casualty Company of America, through their undersigned counsel, hereby notify this Court that the parties have reached a settlement in this matter and expect to submit a Stipulation for Dismissal With Prejudice within 30 days.

Respectfully submitted this 14th day of January, 2020.

| **THE FRANKL LAW FIRM, P.C.** | **GORDON & REES LLP** |
|---|---|
| /s/Keith Frankl | /s/ Greg S. Hearing II |
| Keith Frankl | John M. Palmeri |
| 7400 E. Orchard Road, Ste. 225-S | Greg S. Hearing |
| Greenwood Village, Colorado 80111 | 555 Seventeenth Street, Ste. 3400 |
| (303) 300-2029 | Denver, Colorado 80202 |
| kfrankl@frankllawfirm.com | (303) 534-5160 |
| | jpalmeri@grsm.com |
| | ghearing@grsm.com |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANTS |

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to the following this 14th day of January, 2020.

        Keith Frankl, Esq.
        The Frankl Law Firm, P.C.
        7400 E. Orchard Road, Ste. 225-S
        Greenwood Village, Colorado 80111


        */s/  Linda J. Bustos*