IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-00461-WJM-NYW

RESIDENCES AT OLDE TOWN SQUARE ASSOCIATION,

Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

Defendant.

## STIPULATION FOR DISMISSAL

The parties, by and through their counsel, stipulate to dismissal, with prejudice, of this action. Each party shall bear its own attorneys' fees and costs.

Dated this 13th day of February, 2020.

| **THE FRANKL LAW FIRM, P.C.** | **GORDON & REES LLP** |
|---|---|
| */s/  Keith Frankl* | */s/  Greg S. Hearing II* |
| Keith Frankl, Esq. | John M. Palmeri, Esq. |
| 7400 E. Orchard Road, Ste. 225-S | Greg S. Hearing, Esq. |
| Greenwood Village, Colorado 80111 | 555 Seventeenth Street, Ste. 3400 |
| (303) 300-2029 | Denver, Colorado 80200 |
| kfrankl@franklawfirm.com | (303) 534-5160 |
|  | jpalmeri@grsm.com |
| ATTORNEYS FOR PLAINTIFF | ghearing@grsm.com |
|  | ATTORNEYS FOR DEFENDANTS |

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to the following this 13th day of February, 2020.

>Keith Frankl, Esq.
>The Frankl Law Firm, P.C.
>7400 E. Orchard Road, Ste. 225-S
>Greenwood Village, Colorado 80111

>_/s/ Linda J. Bustos_

- 2 -